UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 08-3622 CBM (CTx)                        Date: June 11, 2008

Title:   Graciela Espinoza Ortiz v. Greenwich Investors XXV, LLC, et al.

=================================================================
DOCKET ENTRY
Order to Show Cause re Lack of Jurisdiction
=================================================================

PRESENT:

            Hon. CONSUELO B. MARSHALL, JUDGE

| JOSEPH LEVARIO | none present |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                        N/A

**PROCEEDING:**

     The matter before the court is Plaintiff's Complaint, filed on June 3, 2008, alleging causes of action for illegal foreclosure. Having reviewed the Complaint, it is not apparent to this Court that it has subject matter jurisdiction. Federal subject matter jurisdiction is satisfied by diversity or federal question. Under 28 U.S.C. § 1331, this Court has federal question jurisdiction for claims "arising under" the United States Constitution, treaties, federal statutes, administrative regulations, or common law. Under 28 U.S.C. § 1332, this Court has diversity jurisdiction over matters in which all plaintiffs are of different citizenship than all defendants, and in which the amount in controversy exceeds $75,000. Federal courts construe their diversity jurisdiction narrowly. Gaus v. Miles, 980 F.2d 564, 566 (9th Cir. 1992).

     Plaintiff has failed to allege facts sufficient to support either diversity jurisdiction or federal question jurisdiction. Therefore, the Court issues the present Order to Show Cause to Plaintiff as to why the Court should not dismiss Plaintiff's Complaint for lack of jurisdiction. Plaintiff is ordered to provide in writing by June 25, 2008 the factual and legal basis for satisfying subject matter jurisdiction. Failure to respond to this Order on or before June 25, 2008 will result in the dismissal of this action, without prejudice.

     Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, NO ORAL ARGUMENT will be heard on this matter unless ordered by the Court. The Order to

Show Cause will stand submitted upon filing of a response.

IT IS SO ORDERED.

Initials of Deputy Clerk
cc:     Judge Marshall
        Parties of Record